IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case. No. 5:20-CR-51-MTT |
| | : |
| MARIO PEREZ PARKER | : |
| | : |

**ORDER DISMISSING INDICTMENT AS TO MARIO PARKER**

Before the Court is the Government's Motion to Dismiss Indictment as to Defendant Mario Perez Parker. Doc. 36. The Government has indicated that newly discovered evidence warrants dismissal of this case.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the charges against Defendant Mario Perez Parker are **DISMISSED**.

**SO ORDERED**, this 18th day of August, 2021.


S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT